United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMEYON V. HILL,
    Plaintiff,
  v.
OFFICER MARTINEZ, et al.,
    Defendants.

Case No. 20-cv-07621-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On October 29, 2020, Plaintiff, a civil detainee, filed the present *pro se* complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and Plaintiff has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: December 9, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge